

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**  Case No. 6:06-cr-99-Orl-28JGG

**MELANI JAMIANICOLE BROWN**

---

## ORDER ON REVOCATION OF PROBATION
## AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Probation filed September 12, 2007 (Doc. No. 40), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of her probation. A final hearing on violation of probation was held by Magistrate Judge Donald P. Dietrich on December 12, 2007 and subsequently, a Report and Recommendation (Doc. No. 58) was entered by Magistrate Judge Donald P. Dietrich on December 12, 2007.

The defendant appeared before this Court on January 3, 2008, with counsel, H. Kyle Fletcher and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 58) and finds that the defendant has violated the conditions of probation.

It is **ORDERED AND ADJUDGED** that the Defendant is hereby **REINSTATED** to Probation. The terms of probation are modified to include the following special conditions:

The defendant shall participate in the Home Detention Program for a period of 60 days with non-electronic monitoring. During this time, the defendant will remain at her place of residence between the hours of 10:00 p.m. to 6:00 a.m. except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on your ability to pay.

The Judgment at Document No. 37 remains unaltered and in effect except as amended herewith.

**DONE** and **ORDERED** at Orlando, Florida this 7 day of January, 2008.

JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
Melani Jamianicole Brown